EDWARD T. MCATEER II *v.* EVELYN C. MCATEER
(6324)

DUPONT, C. J., NORCOTT and FOTI, Js.

Submitted on briefs November 18—decision released December 5, 1988

*James W. Auwood* filed a brief for the appellant (plaintiff).

PER CURIAM. There is no error.